# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT J. HAMILTON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ROBERT NEUSCHMID, Warden,<br><br>　　　　　Respondent. | Case No. CV 17-0987 PVC<br><br><br>**JUDGMENT** |

Pursuant to the Court's Memorandum Decision and Order Denying Petition for Writ of Habeas Corpus,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: February 6, 2020

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Pedro V. Castillo
　　　　　　　　　　　　　　　　　　　　　　　　PEDRO V. CASTILLO
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE